**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**PUBLISH**

**January 17, 2019**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

**Elisabeth A. Shumaker**
**Clerk of Court**

_____

BILLY HAMILTON,

      Plaintiff - Appellant/Cross-Appellee,

v.

NORTHFIELD INSURANCE
COMPANY,

      Defendant - Appellee/Cross-
      Appellant.

------------------------------

OKLAHOMA ASSOCIATION FOR
JUSTICE,

      Amicus Curiae.

|

No. 17-7049
(D.C. No. 6:16-CV-00519-RAW)
(E.D. Okla.)

_____

BILLY HAMILTON,

      Plaintiff - Appellee,

v.

NORTHFIELD INSURANCE
COMPANY,

      Defendant - Appellant.

|

No. 17-7055
(D.C. No. 6:16-CV-00519-RAW)
(E.D. Okla.)

_____

**ORDER**

_____

Before **TYMKOVICH**, Chief Judge, **McKAY**, and **CARSON**, Circuit Judges.

_____

Notwithstanding our January 17, 2019 order *sua sponte* granting panel rehearing and vacating our December 18, 2018 opinion in 17-7049, we clarify that the opinion remains in effect as to the issues raised and resolved in 17-7055. The Clerk shall issue the mandate in 17-7055 forthwith. As stated in in our January 17, 2019 order, 17-7049 is reopened and remains abated.

Entered for the Court,

ELISABETH A. SHUMAKER, Clerk

by: Chris Wolpert
Chief Deputy Clerk